IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

JANE PUGLIESE

v.  C.A. NO. 12-7073

COUNTY OF LANCASTER, et al.

## ORDER

AND NOW, this 27th day of January, 2016, upon consideration of defendants' motion for summary judgment and all responses and replies thereto, and having heard oral argument on the motion, it is hereby ORDERED that the motion [Doc. 41] is GRANTED.

It is further ORDERED that judgment is entered in favor of the defendants County of Lancaster, James Cowhey and Scott Martin and against plaintiff Jane Pugliese.

BY THE COURT:

_____
JEFFREY L. SCHMEHL, J.